leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 04–1150.   HAMRICK *v.* BUSH, PRESIDENT OF THE UNITED STATES, ET AL.   C. A. D. C. Cir.   Certiorari before judgment denied.

No. 04–672.   SANK *v.* CITY UNIVERSITY OF NEW YORK ET AL., 543 U. S. 1120;

No. 04–738.   CALLAN *v.* BUSH, PRESIDENT OF THE UNITED STATES, 543 U. S. 1056;

No. 04–7229.   PARSONS *v.* PRICE, WARDEN, 543 U. S. 1071;

No. 04–7309.   FULLER *v.* UNITED STATES, 543 U. S. 1073;

No. 04–7378.   IN RE NIMMONS, 543 U. S. 1119;

No. 04–7403.   ROBLYER *v.* PENNSYLVANIA DEPARTMENT OF CORRECTIONS, 543 U. S. 1126;

No. 04–7666.   SMITH *v.* UNITED STATES, 543 U. S. 1094; and

No. 04–8008.   CONYERS *v.* MERIT SYSTEMS PROTECTION BOARD, 543 U. S. 1171.   Petitions for rehearing denied.

No. 03–7700.   STUMPF *v.* ALASKA ET AL., 540 U. S. 1187.   Motion for leave to file petition for rehearing denied.

APRIL 15, 2005

No. 04A891.   LONGWORTH *v.* OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   JUSTICE STEVENS would grant the application for stay of execution.

No. 03–10198.   HALBERT *v.* MICHIGAN.   Ct. App. Mich.   [Certiorari granted, 543 U. S. 1042.]   Motion of Louisiana et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.

No. 04–6432.   GONZALEZ *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   [Certiorari granted, 543 U. S. 1086.]   Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.